**EXHIBIT A1**

Missing Page from AR 15-6 Report of Investigation as filed in Vaughan v. Brigham
KY E.D. 3:10-CV-5; Doc 35-2, p. 4 of the DA Form 1574;

A1

---

**SECTION VI - AUTHENTICATION** *(para 3-17, AR 15-6)*

THIS REPORT OF PROCEEDINGS IS COMPLETE AND ACCURATE. *(If any voting member or the recorder fails to sign here or in Section VII below, indicate the reason in the space where his signature should appear.)*

_____ (Recorder)

MAJ James B Richmond
_____ (Investigating Officer) (President)

_____ (Member)

_____ (Member)

_____ (Member)

_____ (Member)

**SECTION VII - MINORITY REPORT** *(para 3-13, AR 15-6)*

To the extent indicated in inclosure _____, the undersigned do(es) not concur in the findings and recommendations of the board.
*(In the inclosure, identify by number each finding and/or recommendation in which the dissenting member(s) do(es) not concur. State the reasons for disagreement. Additional/substitute findings and/or recommendations may be included in the inclosure.)*

_____ (Member)

_____ (Member)

**SECTION VIII - ACTION BY APPOINTING AUTHORITY** *(para 2-3, AR 15-6)*

The findings and recommendations of the (investigating officer) (board) are (approved) (disapproved) (approved with following exceptions/substitutions). *(If the appointing authority returns the proceedings to the investigating officer or board for further proceedings or corrective action, attach that correspondence (or a summary, if oral) as a numbered inclosure.)*

Approved with the following exceptions:

1) Concur with Battalion Commander initiate a referred OER

2) I will recommend a Letter of Reprimand from the Brigade Commander

3) Do not concur with statement " He is guilty of the following charge: Conduct unbecoming an Officer KRS 35.475. "

Jerry L Morrow, LTC

Page 4 of 4 pages, DA Form 1574, Mar 1983

APD PE v1.30

**EXHIBIT A2**



Altered Page from AR 15-6 Report of Investigation as filed in Vaughan v. Brigham

**SECTION VI - AUTHENTICATION**    *(para 3-17, AR 15-6)*

THIS REPORT OF PROCEEDINGS IS COMPLETE AND ACCURATE. *(If any voting member or the recorder fails to sign here or in Section VII below, indicate the reason in the space where his signature should appear.)*

_____
(Recorder)

_____
MAJ James B Richmond
(Investigating Officer) (President)

_____
(Member)

_____
(Member)

_____
(Member)

_____
(Member)

**SECTION VII - MINORITY REPORT**    *(para 3-13, AR 15-6)*

To the extent indicated in inclosure _____ , the undersigned do(es) not concur in the findings and recommendations of the board.

*(In the inclosure, identify by number each finding and/or recommendation in which the dissenting member(s) do(es) not concur. State the reasons for disagreement. Additional/substitute findings and/or recommendations may be included in the inclosure.)*

_____
(Member)

_____
(Member)

**SECTION VIII - ACTION BY APPOINTING AUTHORITY**    *(para 2-3, AR 15-6)*

The findings and recommendations of the *(investigating officer) (board)* are *(approved) (disapproved) (approved with following exceptions/ substitutions). (If the appointing authority returns the proceedings to the investigating officer or board for further proceedings or corrective action, attach that correspondence (or a summary, if oral) as a numbered inclosure.)*

*Page 4 of 4 pages, DA Form 1574, Mar 1983*                                                                 APD PE v1.30

**EXHIBIT B**

## EXHIBIT B

### Timeline For Attached Exhibits:

1) **June 20th, 2008:** Plaintiff Vaughan's Route Clearance Patrol ("RCP") Platoon, is involved in a major battle traveling from Combat Outpost ("COP") Zerok to Forward Operating Base ("FOB") Orgun-E, in Afghanistan. During this battle, he receives minor eye and ear injuries[1] including a mild traumatic brain injury ("mTBI") due to a Rocket Propelled Grenade ("RPG") striking his vehicle A26M. The other passengers of this vehicle were SPC Ayala [Driver], SPC Williams [Gunner], and CPT Frodge [passenger]. Plaintiff was the Truck Commander ("TC") and Platoon Leader ("PL") for this mission. When SPC Williams was knocked unconscious and injured by shrapnel from the exploding RPG striking his turret, the shock wave forcefully threw the plaintiff into the armored door. Plaintiff Vaughan also received a 'Combat Action Badge' for this battle. SPC Williams and another injured soldier, were air medevaced out.

2) **Approximately September 16th, 2008:** Receives a prescription for 'Fiorecet', a migraine medication, as the plaintiff had been having severe headaches and migraines since the June 20th, 2008 battle. [See Medical Records]

**Active Medications**

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROCODONE-ACETAMINOPHEN (HYDROCODONE BIT/ACETAMINOPHEN), 7.5-5COMG, TABLET, ORAL, MALLINKRT PHARM, 100 ea BOTTLE | Active | | NR | 16 Sep 2008 |

3) **February 22nd, 2009:** the plaintiff has such a powerful migraine, he loses vision in his right eye and is vomiting and ordered to report to the Bagram, Afghanistan hospital.

4) **February 23rd, 2009:** the plaintiff is seen by the Bagram Hospital again and given a MACE test and is advised he needs to receive treatment for the mTBI injury sustained on June 20th, 2008. Plaintiff completes statement about mTBI injury for Bagram doctors.

5) **March 2nd, 2009:** the plaintiff is medically examined during demobilization operations at Ft. McCoy, WI by several doctors based out of Ft. Knox, KY. Dr. Garbrecht initiated an LOD [Statement of Medical Examination and Duty Status] and advised the plaintiff to seek additional help from the VA upon demobilization. Upon demobilization, the plaintiff immediately begins treatment at the VA.

Disposition Written by GARBRECHT, KENDRA E @ 02 Mar 2009 1605 CDT
Released w/o Limitations
Follow up: as needed in 6 month(s) or sooner if there are problems. - Comments. .
Unable to improve right eye visual acuity with a change in Rx. Agree with ophthalmologist in theater about possibility of occlusive event based on retinal hemorrhages. Pt was educated of the importance to seek optometry/ophthalmology services at local VA once he arrives home. Pt also plans to pursue testing ordered by ophthalmologist in theater (MRI, Carotid Doppler, CBC, and EKG) at local VA. Rx given to pt to purchase bifocal glasses. May help relieve eyestrain associated with monocular dependence for near tasks. LOD initiated today
Discussed: Diagnosis, Medication(s)/Treatment(s) Alternatives, Potential Side Effects with Patient who indicated understanding.

---

[1] Bleeding in the rear of his right eye (retinal hemorrhaging), ear injuries were caused when the plaintiff's headset compacted onto his right ear [when he slammed into the armored door of the MRAP] and caused an overpressure injury.

RAND PAUL
KENTUCKY

# United States Senate

WASHINGTON, DC 20510

September 13, 2013

Mr. Michael Vaughan
4352 Michigan Ave
Covington, Kentucky 41015

Dear Mr. Vaughan:

I have received a response from the Kentucky National Guard (KYNG) regarding the inquiry I made on your behalf. I appreciate the opportunity to provide assistance with this matter. The following is the response received from the KYNG.

*"Thank you for your recent inquiry on behalf of Mr. Michael Dean Vaughan and his concerns referencing time for a separation rebuttal, and not being afforded a Medical Evaluation Board (MEB) for injuries sustained in Afghanistan in 2008.*

*According to our State Judge Advocate Office, Michael Dean Vaughan is no longer a member of the Kentucky National Guard nor of the Armed Forces of the United States. Mr. Vaughan was separated from both state and federal service on 16 July 2013. The Kentucky National Guard has no evidence supporting Mr. Vaughan's claim that he was injured while serving in a Title 10 status. Mr. Vaughan was afforded all rights, benefits and privileges to which he was lawfully entitled prior to his separation from state and federal military services. If he believes that he has suffered harm as the result of any improper action by the military, he should be directed to file a grievance along with any supporting evidence to the Army Board for the Correction of Military Records. The Kentucky National Guard does not have the authority to grant the relief sought by Mr. Vaughan."*

I hope this information is helpful. As noted in the above response, if you wish to further pursue this matter, a grievance may be submitted to the Board of Corrections. If you have any questions, feel free to contact my State office in Bowling Green at 270-782-8303.

Sincerely,

*Rand Paul*

RAND PAUL, M.D.
United States Senator

## Melissa Bracken

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Tuesday, December 09, 2014 11:04 AM |
| **To:** | Melissa Bracken |
| **Subject:** | Fw: Response from the National Guard [FOUO, contains Private Health information & Personally Identifying Information] |
| **Attachments:** | Rand_Paul-Letter.jpg; LOD Vaughan_Documents.pdf |

----- Forwarded Message -----
**From:** Michael Vaughan <mikeyv1970@yahoo.com>
**To:** "▓▓▓▓▓▓▓▓▓▓▓▓▓" <▓▓▓▓▓▓r@y▓▓▓▓.com>
**Sent:** Monday, September 23, 2013 9:06 AM
**Subject:** Fw: Response from the National Guard [FOUO, contains Private Health information & Personally Identifying Information]

----- Forwarded Message -----
**From:** Michael Vaughan <mikeyv1970@yahoo.com>
**To:** "Franklin, Bobette (Paul)" <Bobette_Franklin@paul.senate.gov>
**Sent:** Monday, September 23, 2013 9:00 AM
**Subject:** Re: Response from the National Guard [FOUO, contains Private Health information & Personally Identifying Information]

[Contains Private Health information & Personally Identifying Information]

Mrs. Franklin,

Please find attached the photocopy of the letter you sent me with regard to my congressional [Senatorial] complaint I filed with Senator Rand Paul. The information supplied by the Kentucky National Guard is patently false. The correct information is a matter of my personnel record, easily accessible by the Guard. The following attachments to this e-mail illustrate that the KY National Guard's JAG and the KY National Guard was in possession of this information, as of January of 2013.

I would prefer to think this misrepresentation is due to a clerical error or oversight. However, if deliberate, it constitutes a violation of 18 USC Section 1001 (knowingly and willfully making a materially false, fictitious, or fraudulent statement or representation to a United States Senator). Perhaps your office can request that the Kentucky National Guard and the Department of the Army make another attempt at providing a response. Given the communication was made to your office, I will defer to your judgment. However, for your convenience, the contact information for the local US Attorney's office is listed below. They may know the most appropriate way to engage the Kentucky National Guard to ensure an accurate response. I cannot find a reason for this misrepresentation other than a willful intent to do so. I am obviously biased in this matter and do not wish to hastily levy accusations. Nevertheless, the information they supplied your office is patently false and again the following attachments to this e-mail illustrate their possession of the correct information. Furthermore, this is an active duty issue and I would respectfully suggest that the Dept. of the Army be notified vs. the KY National Guard.

**Louisville US Attorney Office:**

**David J. Hale**

1

United States Attorney's Office
717 West Broadway
Louisville, KY 40202
Telephone: (502) 582-5911
Fax: (502) 582-5097


Very Respectfully,
Michael Vaughan


---

**From:** "Franklin, Bobette (Paul)" <Bobette_Franklin@paul.senate.gov>
**To:** Michael Vaughan <mikeyv1970@yahoo.com>
**Sent:** Wednesday, September 11, 2013 4:58 PM
**Subject:** RE: Response from the National Guard


I will put it in the mail this week.
V/R,

**Bobette Franklin**
Director of Constituent Services
U.S. Senator Rand Paul - KY
Phone: (270)782-8303
www.paul.senate.gov

Confidentiality Warning: This email is for the confidential use of the intended recipients only. Do not disseminate this information without express permission. Any unauthorized review or distribution is strictly prohibited by the Federal Electronic Communications Privacy Act.

---

**From:** Michael Vaughan [mailto:mikeyv1970@yahoo.com]
**Sent:** Tuesday, September 10, 2013 4:38 PM
**To:** Franklin, Bobette (Paul)
**Subject:** Re: Response from the National Guard

Mrs. Bobette,

May I get the response that was sent (sans the contact information) on official letterhead from your office?

-Michael Vaughan

Michael Vaughan
4352 Michigan Ave.
Covington, KY 41015


---

**From:** "Franklin, Bobette (Paul)" <Bobette_Franklin@paul.senate.gov>
**To:** Michael Vaughan <mikeyv1970@yahoo.com>
**Sent:** Tuesday, September 10, 2013 5:18 PM
**Subject:** RE: Response from the National Guard

I received the response via email and the entire response is below. The only thing you did not get it the contact information for my liaison, for which we cannot provide as a policy.

2

I hope this is helpful.
I will await you rebuttal.

**Bobette Franklin**
Director of Constituent Services
U.S. Senator Rand Paul - KY
Phone: (270)782-8303
www.paul.senate.gov

Confidentiality Warning: This email is for the confidential use of the intended recipients only. Do not disseminate this information without express permission. Any unauthorized review or distribution is strictly prohibited by the Federal Electronic Communications Privacy Act.

---

**From:** Michael Vaughan [mailto:mikeyv1970@yahoo.com]
**Sent:** Tuesday, September 10, 2013 4:10 PM
**To:** Franklin, Bobette (Paul)
**Subject:** Re: Response from the National Guard

Mrs. Bobette,

Thank you for talking to me today. Could you send me a copy of the correspondence from the KY Guard? Is it in written or electronic only form? Thank you for your consideration....

-Michael Vaughan

---

**From:** "Franklin, Bobette (Paul)" <Bobette_Franklin@paul.senate.gov>
**To:** "mikeyv1970@yahoo.com" <mikeyv1970@yahoo.com>
**Sent:** Tuesday, September 10, 2013 9:29 AM
**Subject:** Response from the National Guard

Mr. Vaughn
Thank you for your request for assistance. An inquiry was made to the Kentucky National Guard and the following is the response received:

*"Thank you for your recent inquiry on behalf of Mr. Michael Dean Vaughan his concerns referencing time for a separation rebuttal, and not being afforded a Medical Evaluation Board (MEB) for injuries sustained in Afghanistan in 2008.*
*According to our State Judge Advocate Office, Michael Dean Vaughan is no longer a member of the Kentucky National Guard nor of the Armed Forces of the United States. Mr. Vaughan was separated from both state and federal service on 16 July 2013. The Kentucky National Guard has no evidence supporting Mr. Vaughan's claim that he was injured while serving in a Title 10 status. Mr. Vaughan was afforded all rights, benefits and privileges to which he was lawfully entitled prior to his separation from state and federal military service. If he believes that he has suffered harm as the result of any improper action by the military, he should be directed to file a grievance along with any supporting evidence to the Army Board for the Correction of Military Records. The Kentucky National Guard does not have the authority to grant the relief sought by Mr. Vaughan."*

Please be advised that according to the above, the next step in the grievance process is the Board of Corrections.
I hope this information is helpful.
Sincerely,

**Bobette Franklin**

3

Director of Constituent Services
U.S. Senator Rand Paul - KY
Phone: (270)782-8303
www.paul.senate.gov

Confidentiality Warning: This email is for the confidential use of the intended recipients only. Do not disseminate this information without express permission. Any unauthorized review or distribution is strictly prohibited by the Federal Electronic Communications Privacy Act.

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN). |
| **PRINCIPAL PURPOSE:** | To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents. |
| **ROUTINE USES:** | Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions. |
| **DISCLOSURE:** | Disclosure of your SSN and other information is voluntary. |

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| BAGRAM Airfield, Afghanistan | 2009/02/23 | 1900 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Vaughan, Michael Dean | ▇▇▇▇▇▇▇ | O1, 2LT |

| 8. ORGANIZATION OR ADDRESS |
|---|
| HHC, 201st EN BN, FOB Orgun-E, Afghanistan |

9.

I, Michael D. Vaughan _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 20 June 2008, RCP 3 in command by myself was conducting a route clearance mission from COP Zerok to FOB Orgun-E in support of Operation Enduring Freedom. As we reached the midpoint of Ambush Alley moving south down route Honda, RCP3 started receiving heavy RPG, SAF, & effective Sniper fire from the eastern side of the route. This ambush started IVO grid: 635238 and ended IVO grid: 613224. During this TIC, Vehicle 23 was struck and disabled by an RPG. When vehicle A25M radioed for assistance, SPC Cushard, and SPC Mabry distinguished themselves by displaying gallantry in action against an armed enemy force by exiting their vehicle while under fire and running to the rear of their wrecker and spending at least 1-2 min's under direct RPG, SAF, & Sniper fire connecting up a tow chain IOT assist RCP 3 in self-recovering vehicle A25M during this critical time of the ambush. In addition, SPC Williams in vehicle A26M (PL's Gunner) had an armor piercing RPG strike his upper turret knocking him unconscious and backwards in the turret and injuring his face with shrapnel. I was impacted by the RPG's shockwave thru the open turret and was forcibly thrown into the BFT and Armored door of the MRAP stunning me and causing me to see stars but not causing a loss of consciousness or any known serious injury at the time. I regained my senses within 5-10 seconds of the explosion and continued leading the battle and maintainin command and control over the RCP and continued mission. Additionally, Vehicle PSD3 was struck at least 4 times by armor piercing RPG rounds, one of which struck the drivers side rear viewing window of vehicle PSD3 penetrating the glass and injuring SPC Kazee's shoulder and face with shrapnel. All of the gunners displayed gallantry in action against an armed enemy force by continuing to decisively engage the enemy providing the necessary cover for RCP 3 to exit the kill zone and consolidate and CM. After this consolidation and aproximately 60 mins after the TIC, I realized I had a moderate headache and took four 200 mg Ibuprofen for the pain. Since this event, I have had moderate to severe headaches once to twice per month that I self treated with Ibuprofen in the belief that the headaches would subside with time. However, on 22FEB2009 I had a 4 hour severe headache that culminated in me vomiting and having a loss of 90% of the vision in my right eye for aproximately 15-30 mins. I immediately consulted the BN physician assistant MAJ Meadors who ordered me to report to Bagram, Airfield's emergency room.

*Nothing follows*

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|
| | | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

**DA FORM 2823, NOV 2006**     DA FORM 2823, DEC 1998, IS OBSOLETE     APD PE v1 00

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF Michael D. Vaughan    TAKEN AT BAGRAM, Airfield    DATED 2009/02/23

9. STATEMENT  (Continued)



INITIALS OF PERSON MAKING STATEMENT    MDV    PAGE 2 OF 3 PAGES

DA FORM 2823, NOV 2006    APD PE v1.00

STATEMENT OF **Michael D. Vaughan**   TAKEN AT **BAGRAM, Airfield**   DATED **2009/02/23**

9. STATEMENT   *(Continued)*

Not used

Not used

Not used

Not used

**AFFIDAVIT**

I, **2LT Michael Vaughan**, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE **3**. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESSES:

_____

_____

ORGANIZATION OR ADDRESS

_____

_____

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____.

at _____

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT

MDV

PAGE   3   OF   3   PAGES

**DA FORM 2823, NOV 2006**

APD PE v1 CO

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| VAUGHAN, MICHAEL DEAN | ARMY/ARNGUS/EN | ▉▉▉▉▉▉ |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| 2LT | O01 | 19700721 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| ASHLAND, KENTUCKY | 118 FRAZIER RD FRANKFORT KENTUCKY 40601 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| HHC 201ST EN BN(CBT)(CORP) FC | FORT MCCOY, WI 54656-5150 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| JFHQ-KY,100 MINUTEMAN PARKWAY,FRANKFORT,KY 40601-6168 | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 21B COMBAT ENGINEER - 1 YRS 0 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2008 | 03 | 02 |
| | b. SEPARATION DATE THIS PERIOD | 2009 | 03 | 22 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 00 | 21 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0001 | 02 | 17 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0003 | 09 | 02 |
| | f. FOREIGN SERVICE | 0000 | 09 | 15 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2007 | 08 | 18 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR //ARMY COMMENDATION MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMED FORCES RESERVE MEDAL W/ M DEVICE//ARMED FORCES RESERVE MEDAL (2ND AWARD)//COMBAT ACTION BADGE//NOTHING FOLLOWS | NONE//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X | NO | |
|---|---|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | YES | | NO | |

| 16. DAYS ACCRUED LEAVE PAID 0.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

18. REMARKS /////////////////////////////////////////////////////////////////////////////////////////////////////////
SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20080514-20090226// INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION ENDURING FREEDOM IAW 10 USC 12302//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//PDMRA FROM 20090308 TO 20090308//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – Include ZIP Code) |
|---|---|
| 118 FRAZIER ROAD FRANKFORT KENTUCKY 40601 | BRUCE D VAUGHAN 290B COLEMAN RD COVINGTON KENTUCKY 41015 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO    KY | DIRECTOR OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| DIGITALLY SIGNED BY: VAUGHAN.MICHAEL.DEAN.1213269409 | DIGITALLY SIGNED BY: ROBINSON.AMANDA.BETH.1284504859 AMANDA B ROBINSON, PERS ASST I |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 600-8-24, PARA 2-7 | MBK | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) MDV |
|---|---|
| NONE | |

| DD FORM 214-AUTOMATED, FEB 2000 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|



**NATIONAL GUARD BUREAU**
NATIONAL GUARD BUREAU
111 SOUTH GEORGE MASON DRIVE
ARLINGTON VA 22203-1382

ARNG-HRP                                                                 07 Jan 2013

MEMORANDUM FOR Joint Forces Headquarters, Kentucky, ATTN: KG-DOP-HS, 100 Minuteman Parkway, Frankfort, KY, 40601-6168

SUBJECT: Line of Duty Determination (VAUGHAN, Michael D., 1LT, )

1. Reference Army Regulation 600-8-4, paragraph 1-7(b), Line of Duty Policy Procedures, and Investigation, 4 September 2008.

2. The Department of the Army Human Resources Command has delegated the authority to the National Guard Bureau to act as the final approving authority for Line of Duty Investigations, to include members in a Federalized status or attending an active Army service school.

3. Enclosed is a DA Form 2173 on 1LT Vaughan for Post Concussive Headache Syndrome that occurred during Operation Enduring Freedom is approved "IN LINE OF DUTY".

4. Point of contact is Mr. Tyler Jackson, 877-831-6096, tyler.s.jackson14.ctr@mail.mil.

BY AUTHORITY OF THE SECRETARY OF THE ARMY:

                                            << Digitally Signed by Yvonne Gines >>
                                            ROBERTA NIEDT
                                            COL, AG
                                            Chief, Personnel Division

## STATEMENT OF MEDICAL EXAMINATION AND DUTY STATUS
For use of this form, see AR 600-8-1, the proponent agency is DCSPER

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| KY JFHQ | National Guard Bureau, ATTN: NGB-ARP-DA | HSC 201st EN BN |
| 100 Minuteman Parkway | 111 South George Mason Drive | 2519 Lexington AVE |
| Frankfort, KY 40601-6168 | Arlington, VA 22204-1382 | ashland, KY 41101 |

| 1. NAME OF INDIVIDUAL EXAMINED *(Last, First, and Middle Initial)* VAUGHAN, MICHAEL DEAN | 2. SSN | 3. GRADE O2 |
|---|---|---|

| 4. ORGANIZATION AND STATION 0201 EN BN   HHC | 5. ACCIDENT INFORMATION |
|---|---|

| | a. DATE 20080620 0953 | b. PLACE *(City and State)* Afghanistan, |
|---|---|---|

### SECTION I - TO BE COMPLETED BY ATTENDING PHYSICIAN OR HOSPITAL PATIENT ADMINISTRATOR

| 6. INDIVIDUAL WAS ☒ OUT PATIENT ☐ ADMITTED ☐ DEAD ON ARRIVAL | 7. NAME OF HOSPITAL OR TREATMENT FACILITY Ireland ACH | ☐ CIVILIAN ☒ MILITARY |
|---|---|---|

| 8. HOUR AND DATE ADMITTED | 9. HOUR AND DATE EXAMINED 20090302 1408 |
|---|---|

**10. NATURE AND EXTENT OF** ☒ INJURY ☐ DISEASE ☐ RESULTING IN DEATH *(Explain)*

Chr post-trauma headache

**11. MEDICAL OPINION:**
a. INDIVIDUAL ☐ WAS ☒ WAS NOT UNDER THE INFLUENCE OF ☐ ALCOHOL ☐ DRUGS *(Specify)*:
b. INDIVIDUAL ☒ WAS ☐ WAS NOT MENTALLY SOUND *(Attach Psychiatric evaluation if appropriate)*.
c. INJURY ☐ IS ☒ IS NOT LIKELY TO RESULT IN A CLAIM AGAINST THE GOVERNMENT FOR FUTURE MEDICAL CARE.
d. INJURY ☒ WAS ☐ WAS NOT INCURRED IN LINE OF DUTY. *BASIS FOR OPINION:*

Soldier was injured during RPG blast on 20 June 2008

| 12. THE FOLLOWING DISABILITY MAY RESULT ☒ TEMPORARY ☐ PERMANENT PARTIAL ☐ PERMANENT TOTAL | 13. BLOOD ALCOHOL TEST MADE ☐ YES ☐ NO | 14. NO. OF MG ALCOHOL/100 ML BLOOD |
|---|---|---|

**15. DETAILS OF ACCIDENT OR HISTORY OF DISEASE** *(how, where, when)*

Soldier was injured during RPG blast on 20 June 2008

| 16. DATE 20090302 | 17. TYPED OR PRINTED NAME OF ATTENDING PHYSICIAN OR PATIENT ADMINISTRATOR Garbrecht Kendra E | 18. SIGNATURE << Signed >> Garbrecht Kendra E |
|---|---|---|

### SECTION II - TO BE COMPLETED BY UNIT COMMANDER OR UNIT ADVISER

| 19. DUTY STATION ☒ PRESENT FOR DUTY ☐ ABSENT WITHOUT AUTHORITY ☐ ABSENT WITH AUTHORITY: ☐ ON PASS ☐ ON LEAVE | 20. HOUR AND DATE OF ABSENCE |
|---|---|

| | a. FROM | b. TO |
|---|---|---|

**21. ABSENCE WITHOUT AUTHORITY MATERIALLY INTERFERRED WITH THE PERFORMANCE OF MILITARY DUTY** *(Explain in item 30 type of duty missed, hours of duty, and how it did or did not interfere with performance)*
☐ YES ☐ NO

| 22. INDIVIDUAL WAS ON ☒ ACTIVE DUTY ☐ ACTIVE DUTY FOR TRAINING ☐ INACTIVE DUTY TRAINING | 23. HOUR AND DATE TRAINING |
|---|---|

| | a. BEGAN | b. ENDED |
|---|---|---|

**24. RESERVIST DIED OF INJURIES RECEIVED PROCEEDING** ☐ DIRECTLY TO TRAINING ☐ DIRECTLY FROM TRAINING

| 25. MODE OF TRANSPORTATION Government Vehicle | 26. HOUR BEGINNING TRAVEL 0730 | 27. DISTANCE INVOLVED 0 Miles | 28. NORMAL TIME FOR TRAVEL |
|---|---|---|---|

**29. DUTY STATUS AT TIME OF DEATH IF DIFFERENT FROM TIME OF INJURY OR CONTRACTION OF DISEASE**
☐ PRESENT FOR DUTY ☐ ABSENT WITH AUTHORITY ☐ ABSENT WITHOUT AUTHORITY

**30. DETAILS OF ACCIDENT - REMARKS** *(If additional space is needed, continue on reverse) (Attach inclosures as necessary)*

Soldier was injured during RPG blast on 20 June 2008

| 31. FORMAL LINE OF DUTY INVESTIGATION REQUIRED ☐ YES ☒ NO | 32. INJURY IS CONSIDERED TO HAVE BEEN INCURRED IN LINE OF DUTY *(Not applicable on deaths)* ☒ YES ☐ NO |
|---|---|

| 33. DATE 20121022 | 34. TYPED NAME AND GRADE OF UNIT COMMANDER OR UNIT ADVISER Derrick, Frodge, O4 | 35. SIGNATURE Digitally Signed By FRODGE.DERRICK.GARLAND. 1103170636 Date:2012.10.22 13:43:16 -04'00' |
|---|---|---|

**DA FORM 2173, OCT 72**     REPLACES DA FORM 2173, 1 JUN 66, WHICH IS OBSOLETE.     USAPPC V2.00

PROTECTED HEALTH INFORMATION

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, COMBINED TASK FORCE CASTLE
420TH ENGINEER BRIGADE
FOB SHARANA, AFGHANISTAN
APO AE 09311

PERMANENT ORDERS 240-025                                27 AUG 2008

VAUGHAN, MICHAEL, ███████ 2LT, B CO, 201ST ENGINEER BATTALION,
(WP1LT0) ORGUN-E, AFGHANISTAN APO AE 09354

Announcement is made of the following award.

Award: Combat Action Badge
Date(s) or period of service: 20 JUN 2008
Authority: AR 600-8-22
Reason: Engaged by or Engaging the Enemy
FORMAT: 320

FOR THE COMMANDER:

HEIDI B. FOUTY
MAJ, SC
Adjutant

DISTRIBUTION:
INDIVIDUAL (1)
UNIT (1)
OMPF (1)
CJ1 (1)

Inquiries concerning this order will be directed to the Task Force Castle Award Branch at
481-3022.

## STATEMENT OF MEDICAL EXAMINATION AND DUTY STATUS
For use of this form, see AR 600-8-4, the proponent agency is DCS, G-1.

| THRU: *(Include ZIP Code)* | TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|

| 1. NAME OF INDIVIDUAL EXAMINED *(Last, First, and Middle Initial)* | | 3. GRADE |
|---|---|---|
| Vaughan, Michael D | | O-1 |

| 4. ORGANIZATION AND STATION | 5 | ACCIDENT INFORMATION | |
|---|---|---|---|
| 201 EN BN (WP1LT0) | | a. DATE | b. PLACE *(City and State)* |

### SECTION I - TO BE COMPLETED BY ATTENDING PHYSICIAN OR HOSPITAL PATIENT ADMINISTRATOR

| 6. INDIVIDUAL WAS   X OUT PATIENT   ADMITTED   DEAD ON ARRIVAL | 7. NAME OF HOSPITAL OR TREATMENT FACILITY  Fort McCoy SRC | CIVILIAN   X MILITARY |
|---|---|---|

| 8. HOUR AND DATE ADMITTED | 9. HOUR AND DATE EXAMINED  1000 hrs, 02 Mar 2009 |
|---|---|

**10 NATURE AND EXTENT OF** X INJURY    DISEASE    RESULTING IN DEATH *(Explain)*

Reduced vision in right eye and frequent headaches

**11. MEDICAL OPINION:**
 a.  INDIVIDUAL    WAS   X WAS NOT UNDER THE INFLUENCE OF    ALCOHOL    DRUGS *(Specify)*
 b  INDIVIDUAL  X WAS    WAS NOT MENTALLY SOUND   *(Attach Psychiatric evaluation if appropriate)*.
 c.  INJURY  X IS    IS NOT LIKELY TO RESULT IN A CLAIM AGAINST THE GOVERNMENT FOR FUTURE MEDICAL CARE.
 d  INJURY  X WAS    WAS NOT INCURRED IN LINE OF DUTY.   BASIS FOR OPINION.

Injury occurred 20 June 2008 while in theater as a result of an RPG blast. Sm has since suffered vision loss in his right eye and headaches.

| 12. THE FOLLOWING DISABILITY MAY RESULT  TEMPORARY X PERMANENT PARTIAL    PERMANENT TOTAL | 13 BLOOD ALCOHOL TEST MADE  YES    NO | 14. NO OF MG ALCOHOL/100 ML BLOOD |
|---|---|---|

**15. DETAILS OF ACCIDENT OR HISTORY OF DISEASE** *(how, where, when)*

Sm was injured in an RPG blast 20 June 2008 while deployed in Afghanistan. Sm continues to experience symptoms of reduced vision in his right eye and frequent headaches.

| 16. DATE  02 Mar 2009 | 17 TYPED OR PRINTED NAME OF ATTENDING PHYSICIAN OR PATIENT ADMINISTRATOR  Kendra Garbrecht, O.D. | 18 SIGNATURE |
|---|---|---|

### SECTION II - TO BE COMPLETED BY UNIT COMMANDER OR UNIT ADVISER

| 19 DUTY STATION  PRESENT FOR DUTY    ABSENT WITHOUT AUTHORITY  ABSENT WITH AUTHORITY    ON PASS    ON LEAVE | 20. | HOUR AND DATE OF ABSENCE |
|---|---|---|
| | a. FROM | b. TO |

**21 ABSENCE WITHOUT AUTHORITY MATERIALLY INTERFERRED WITH THE PERFORMANCE OF MILITARY DUTY** *(Explain in Item 30 type of duty missed, hours of duty, and how it did or did not interfere with performance)*
 YES    NO

| 22 INDIVIDUAL WAS ON  ACTIVE DUTY    ACTIVE DUTY FOR TRAINING  INACTIVE DUTY TRAINING | 23. | HOUR AND DATE TRAINING |
|---|---|---|
| | a. BEGAN | b. ENDED |

**24 RESERVIST DIED OF INJURIES RECEIVED PROCEEDING    DIRECTLY TO TRAINING    DIRECTLY FROM TRAINING**

| 25 MODE OF TRANSPORTATION | 26. HOUR BEGINNING TRAVEL | 27. DISTANCE INVOLVED | 28. NORMAL TIME FOR TRAVEL |
|---|---|---|---|

**29 DUTY STATUS AT TIME OF DEATH IF DIFFERENT FROM TIME OF INJURY OR CONTRACTION OF DISEASE**
 PRESENT FOR DUTY    ABSENT WITH AUTHORITY    ABSENT WITHOUT AUTHORITY

**30 DETAILS OF ACCIDENT - REMARKS** *(If additional space is needed, continue on reverse) (Attach inclosures as necessary)*

| 31 FORMAL LINE OF DUTY INVESTIGATION REQUIRED  YES    NO | 32 INJURY IS CONSIDERED TO HAVE BEEN INCURRED IN LINE OF DUTY *(Not applicable on deaths)*    YES    NO |
|---|---|

| 33 DATE | 34 TYPED NAME AND GRADE OF UNIT COMMANDER OR UNIT ADVISER | 35. SIGNATURE |
|---|---|---|

**DA FORM 2173, OCT 1972**    REPLACES DA FORM 2173, 1 JUN 66, WHICH IS OBSOLETE.    APD PE v2.01ES

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

## Ft. McCoy, WI

Patient: VAUGHAN, MICHAEL
Treatment Facility: IRELAND ACH
Patient Status: Outpatient

Date: 02 Mar 2009 0953 CDT
Clinic: SRP-OPTOMETRY

Appt Type: ROUT
Provider: GARBRECHT,KENDRA E

Reason for Appointment: Follow up vision loss

AutoCites Refreshed by GARBRECHT, KENDRA E @ 02 Mar 2009 1408 CDT

| Problems | Active Family History | Allergies |
|---|---|---|
| • visit for: ears / hearing exam | No Active Family History Found. | • No Known Allergies |
| • joint pain, localized in the knee | | |
| • Brace | | |
| • Tuberculin PPD Nonspec Reaction Without Active Tuberculosis | | |
| • VISUAL IMPAIRMENT | | |
| • headache | | |

### Active Medications

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| HYDROCODONE-ACETAMINOPHEN (HYDROCODONE BIT/ACETAMINOPHEN), 7.5-500MG, TABLET, ORAL, MALLINKRT PHARM, 100 ea. BOTTLE | Active | | NR | 16 Sep 2008 |

SO Note Written by GARBRECHT,KENDRA E @ 02 Mar 2009 1558 CDT

**Chief complaint** .
The Chief Complaint is: Experienced head injury without loss of conciousness as a result of RPG blast 20 June 2008 while in theater. Per pt, suffered 90% vision loss OD for a couple of hours, as well as temporary photopsia. No longer has visual field defect OD, but still has blurred vision. Also has had headaches since blast, for which he treats with Motrin. Per pt, saw ophthalmologist 22 Feb 2009 while in theater who diagnosed him with a "damaged blood vessel affecting the optic nerve" in his right eye. Per pt, now has reduced vision OD, no eye pain, no flashes/floaters, no diplopia.

**History of present illness** .
    The Patient is a 38 year old male.
Last Eye Exam: 22 Feb 2009. Current Rx is 3 years old.

**Past medical/surgical history** .
**Reported History:**
    Medical: Currently wearing eyeglasses
    Reported medications: Taking medication prn for headache pain.

**Diagnosis History:**
    Eye trauma to the right eye. transient vision loss after head injury, RPG blast 20 June 2008

**Family history** .
    Family history reviewed.

**Review of systems** .
Head symptoms: Headache.
Eye symptoms: Worsening distance and near vision in the right eye and sustained. No floaters, no photopsia, and no eye pain.
Tonometry (GOLDMANN):
    time. 9:57 am
       OD:  14 mmHG
       OS:  13 mmHG
Current Rx:
       OD: -0.75-0.75x070
       OS: -1.50-0.50x135
Autorefraction:
       OD: -1.25-0.50x077
       OS: -2.00-0.25x114.

**Physical findings** .
Eyes:
    General/bilateral:
       Visual Assessment: • Distance acuity
          cc . . . . . . . . . . . sc
          OD: 20/40+ . . . . . OD: 20/100

## Name: VAUGHAN, MICHAEL

| | | | | | | |
|---|---|---|---|---|---|---|
| | Sex: | M | | Sponsor/SSN: | VAUGHAN, MICHAEL | |
| FMP/SSN: 20/ | Tel H: | 502-680-7013 | | Rank: | SECOND LIEUTENANT | |
| DOB. 21 Jul 1970 | Tel W: | 513-349-6487 | | Unit: | WP1LT0 (0201 EN BN   HHC FNGR BN HVY) | |
| PCat· A15 1 USA NG OFFICER | CS: | | | Outpt Rec. Rm: TMC-OUTPATIENT RECORDS. BAMC | | |
| MC Status | SWS: | | | PCM: | | |
| Insurance  No | | | | Tel. PCM: | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974(PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

OS: 20/20 . . . . . OS: 20/100-
Near Acuity
cc . . . . . . . . . sc
OD: 20/30 . . . . . . OD: 20/40
OS: 20/20 . . . . . . OS: 20/30
. • Manifest - distance:
OD: -0.50-1.00x080 . . . . . . 20/40+1
OS: -2.00-0.50x137 . . . . . . 20/20
Add: +0.75 . . . . . . . . . . . 20/20
Pt dislikes +1.00 Add, "too strong"
. • No difficulty with other plates was demonstrated normal color vision OD/OS.  Stereo 9/9.
Extraocular Movements: • An alternate cover test was normal, ortho at distance.  • Extraocular muscle motility was not
         physically restricted OU

Pupils: • PERRLA OU

External Eye: • Eyelids showed no abnormalities.  • Conjunctiva exhibited no abnormalities.
Cornea: • Exhibited pigmentation, trace endothelial OD.  • Normal OU.
Anterior Chamber: • Exhibited no abnormalities.
Uveal Tract: • Normal .  No appearance of neovascularization OD.
Lens: • Normal ~.
Vitreous: • Normal.
Optic Disc: • Cup ratio
     OD:  .3/.3
     OS:  .3/.3
     NRR pink and healthy OU.
Retina: • Macula was abnormal OD, blot hemorrhage directly temporal to fovea.  OS normal/positive foveal reflex OS
. • Vessels were abnormal OD, blot hemorrhage along inferior arcade, directly inferior to hemorrhage near macula.  OS
     no nicking and normal arterial light refex
. • No retinal hole was observed OU
. • No retinal tear was observed OU
. • No retinal detachment was seen OU

Visual Fields Exam: • A visual fields exam by confrontation was performed: Blurred inferior quadrants OD   Fields full
     central / peripheral by count fingers OS.  Amsler Grid was performed:  Blurred inferior grid OD.
Right eye:
     Retina: • Macular venous occlusion of the inferior retinal vessels (possible).


A/P Written by GARBRECHT, KENDRA E @ 02 Mar 2009 1502 CDT
1. DEGREE OF VISUAL IMPAIRMENT: Right eye


Disposition Written by GARBRECHT, KENDRA E @ 02 Mar 2009 1605 CDT
**Released w/o Limitations**
Follow up: as needed in 6 month(s) or sooner if there are problems. - Comments: .
Unable to improve right eye visual acuity with a change in Rx.  Agree with ophthalmologist in theater about possibility of occlusive
event based on retinal hemorrhages.  Pt was educated of the importance to seek optometry/ophthalmology services at local VA
once he arrives home.  Pt also plans to pursue testing ordered by ophthalmologist in theater (MRI, Carotid Doppler, CBC, and
EKG) at local VA.  Rx given to pt to purchase bifocal glasses.  May help relieve eyestrain associated with monocular dependence
for near tasks   LOD initiated today.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.


**Signed By  GARBRECHT,KENDRA E (Physician/Workstation, Ireland ACH Ft Knox KY) @ 02 Mar 2009 1608**

---

**Name: VAUGHAN, MICHAEL**

| | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN: | VAUGHAN, MICHAEL/ |
| FMP/SSN: 20/ | Tel H: | 502-680-7013 | Rank: | SECOND LIEUTENANT |
| DOB: 21 Jul 1970 | Tel W: | 513-349-6487 | Unit: | WP1LT0   (0201 EN BN    HHC ENGR BN HVY) |
| PCat: A15 1 USA NG OFFICER | CS: | | Outpt Rec. Rm: | TMC-OUTPATIENT RECORDS, BAMC |
| MC Status: | SWS: | | PCM: | |
| Insurance: No | | | Tel. PCM: | |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974(PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

### Bagram, Afghanistan ER

Patient: VAUGHAN, MICHAEL
Facility: TF MED (HX4PFN)

Date: 22 Feb 2009 1409 GST
Clinic: ER CLINIC

Appt Type: ACUTE
Provider: Bushnell, Jeffrey

AutoCites Refreshed by Bushnell, Jeffrey @ 22 Feb 2009 1553 GST
**Problems**
No Problems Found.
**Active Medications**
No Active Medications Found.
**Allergies**
Patient has no known allergies

Screening Written by Carter, Aronda @ 22 Feb 2009 1409 GST

Appointment Reason For Visit: headache: .

Selected Reason(s) For Visit: .
headache (New) Comments:

Vitals Written by Carter, Aronda @ 22 Feb 2009 1413 GST
 BP: 132/81, HR: 64, RR: 16, T: 97 7F, O2: 96. Pain Scale: 3/10 Mild, Pain Scale Comments: Headache
**Comments: Meds-Denied**
Allergies-Denied

Vitals Written by Carter, Aronda @ 22 Feb 2009 1424 GST
 Corr OS: 20/30, Corr OD: 20/40, Corr OU: 20/30.

S/O Note Written by Bushnell, Jeffrey @ 22 Feb 2009 1425 GST

**History of present illness** .
        The Patient is a 38 year old male.
        * Encounter Background Information: Pt with headache x 4 hours. Got better with Motrin then when the Motrin started "wearing off" it came back again causing him to have nausea and emesis x1. After emesis, pt relates losing vision in "about 90% of my R eye" for 10 minutes or so which slowly improved.
        · Eye symptoms Visual acuity corrected is 20:40 OD and 20:30 OS.
**Past medical/surgical history** .
**Reported History:**
        No past medical history reported.
**Personal history** .
Social history was unknown.
**Review of systems** .
Cardiovascular symptoms: No cardiovascular symptoms.
Pulmonary symptoms: No pulmonary symptoms.
Gastrointestinal symptoms: No gastrointestinal symptoms.
Musculoskeletal symptoms: No musculoskeletal symptoms.
**Physical findings** .
Vital signs:
        * Normal.
General appearance:
        * Normal
Eyes:
        General/bilateral:
                * Eyes: normal Perrla, EOMI.
Ears, Nose, Throat:
        * ENT: normal.
Lungs:
        * Normal.
Cardiovascular system:
        * Normal.
Abdomen:
        * Normal.

### Name: VAUGHAN, MICHAEL

| | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN | VAUGHAN, MICHAEL |
| EMP/SSN. 20/ | Tel H: | 502-680-7013 | Rank: | SECOND LIEUTENANT |
| DOB. 21 Jul 1970 | Tel W: | 513-349-6487 | Unit: | WP1LT0  (0201 EN BN  HHC ENGR BN HVY) |
| PCat. A15 1 USA NG OFFICER | CS: | | Outpt Rec. Rm: | TMC-OUTPATIENT RECORDS, BAMC |
| MC Status. | SWS: | | PCM: | |
| Insurance: No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974(PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**Skin:**
    * Normal.

A/P Written by Bushnell, Jeffrey @ 22 Feb 2009 1558 GST
**1. VISUAL IMPAIRMENT**
Comments: Temporary (see note)
**2. headache**
Comments:

Disposition Written by Bushnell, Jeffrey @ 22 Feb 2009 1600 GST
**Released Without Limitations**
Follow up: with PCM and/or in the Internal Medicine clinic - Comments: Followup with IM as discussed on return home to evaluate this condition for comprehensively in an outpatient setting.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives. Potential Side Effects with Patient who indicated understanding.
Injury & Illness: Not Work Related; Not Battle Related; Category: All Other, Medical/Surgical Cause: Non-Battle Illness
Appointment Class: Outpatient
E&M Code: 99212 - Estab Outpatient Focused H&P - Straightforward Decisions
>50% of appointment time spent counseling and/or coordinating care.

Note Written by Bushnell, Jeffrey @ 22 Feb 2009 1553 GST
**Consultation/Followup**
Pt seen by Opthalmology. Evidence of possible vascular event (tiny) when looking at the fundus of the R eye. Pt is going home in 48 hours. Following recommended for Internal Medicine workup on arrival home:

1. Basic bloodwork
2. EKG
3. MRI
4. Carotid doppler

CT here was unremarkable and the patient is without symptoms at this time. Studies could be obtained between Bagram and Landstuhl but given his impending return to CONUS will have it done all at the same location.

Signed By Bushnell, Jeffrey @ 22 Feb 2009 1627 GST
       Bushnell, Jeffrey
       TF MED (HX4PFN)

**Name: VAUGHAN, MICHAEL**

| | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN: | VAUGHAN, MICHAEL▮▮▮▮ |
| FMP/SSN: 20/▮▮▮▮▮ | Tel H: | 502-680-7013 | Rank: | SECOND LIEUTENANT |
| DOB: 21 Jul 1970 | Tel W: | 513-349-6487 | Unit: | WP1LT0 (0201 EN BN HHC ENGR BN HVY) |
| PCat: A15.1 USA NG OFFICER | CS: | | Outpt Rec. Rm: | TMC-OUTPATIENT RECORDS, BAMC |
| MC Status: | SWS: | | PCM: | |
| Insurance: No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974(PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 2 of 2



# HEARING CONSERVATION DATA
(This form is subject to the Privacy Act of 1974 - use Blanket PAS - DD Form 2005)

**1. ZIP CODE/APO/FPO/PAS** 54656

| 2. DOD COMPONENT | | | | 3. SERVICE COMPONENT | | | |
|---|---|---|---|---|---|---|---|
| A | A - ARMY / N - NAVY | F - AIR FORCE / M - MARINE CORPS | C - COAST GUARD / 1 - OTHER | R | R - REGULAR / V - RESERVE | G - NATIONAL GUARD / 1 - OTHER | |

| 4. SOCIAL SECURITY NUMBER | 5. NAME (Last, First, Middle Initial) | 6. DATE OF BIRTH | 7. SEX |
|---|---|---|---|
| ▓▓▓▓ | VAUGHAN, MICHAEL D | 21 Jul 1970 | M — M - MALE / F - FEMALE |

| 8. PAY GRADE UNIFORMED SERVICES | 9. PAY GRADE CIVILIAN | 10. SERVICE DUTY OCCUPATION CODE | 11. MAILING ADDRESS OF ASSIGNMENT |
|---|---|---|---|
| O01 | | 21A | HHC 201ST |

WP1LT0
FORT MCCOY WI 54656

| 12. LOCATION - PLACE OF WORK | 13. MAJOR COMMAND | 14. DUTY TELEPHONE (Include area code) |
|---|---|---|
| FT MCCOY | TRADOC | (608) 388-5130 |

### 15. AUDIOMETRY 4    a. PURPOSE    1 - 90 DAY    2 - ANNUAL    3 - TERMINATION    4 - OTHER

| AUDIOMETRIC DATA RE. ANSI S3.6 | LEFT | | | | | | RIGHT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE 28 Feb 2009 | 10 | 10 | 10 | 15 | 20 | 25 | 20 | 20 | 25 | 15 | 10 | 5 |
| c. REFERENCE AUDIOGRAM DATE 05 Sep 2007 | 10 | 5 | 10 | 15 | 30 | 15 | 0 | 10 | 5 | 5 | 10 | 5 |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) 2+  1 - NO  2 - YES   e. THRESHOLD SHIFT | 5 | 0 | 0 | -10 | | | 10 | 20 | 10 | 0 | | |

**f. REMARKS** (Include Exposure Data)
Steady Noise Exp(TWA dBA): Not Entered, Impulse Noise Exp(dBP): Not Entered, H-2, Pos STS, I am aware of a change in my hearing and the need to return for follow-up, Signature _____, Health Ed Prov, HPD Prev Fit.

**g. TYPE OF PERSONAL HEARING PROTECTION USED**
7
1 - SINGLE FLANGE (V51R)
2 - TRIPLE FLANGE
3 - HAND FORMED EARPLUG
4 - EAR CANAL CAPS
5 - NOISE MUFFS
6 - OTHER
7 - NONE

| h. EXAMINER NAME (Last, First, Middle Initial) | i. TRAINING CERTIFICATE NO. | j. SERVICE DUTY OCCUPATION CODE | k. OFFICE SYMBOL |
|---|---|---|---|
| REDD, JASON T | 086506A | 68W | MCXM-MSB-B |

| l. AUDIOMETER TYPE  1 - MANUAL  2 - SELF-RECORDING  3 - MICROPROCESSOR  3 | m. MODEL (Automatic) CCA-200m | n. MANUFACTURER MAICO Inc. | o. SERIAL NUMBER 60406 | p. LAST ELECTROACOUSTIC CALIBRATION DATE 25 Jul 2008 |
|---|---|---|---|---|

### 16. FOLLOW-UP NO. 1    14    a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM    (See Item 15.B)

| AUDIOMETRIC DATA RE ANSI S3.6 | LEFT | | | | | | RIGHT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE 01 Mar 2009 | 25 | 15 | 20 | 25 | 15 | 35 | 45 | 30 | 30 | 25 | 15 | 30 |
| c. REFERENCE AUDIOGRAM DATE 05 Sep 2007 | 10 | 5 | 10 | 15 | 30 | 15 | 0 | 10 | 5 | 5 | 10 | 5 |
| d. SIGNIFICANT THRESHOLD SHIFT (STS) 2+  1 - NO  2 - YES   e. THRESHOLD SHIFT | 10 | 10 | 10 | -15 | | | 20 | 25 | 20 | 5 | | |

| f. EXAMINER NAME (Last, First, Middle Initial) | g. TRAINING CERTIFICATE NO. | h. SERVICE DUTY OCCUPATION CODE | i. OFFICE SYMBOL |
|---|---|---|---|
| REDD, JASON T | 086506A | 68W | MCXM-MSB-B |

| j. AUDIOMETER TYPE  1 - MANUAL  2 - SELF-RECORDING  3 - MICROPROCESSOR  3 | k. MODEL CCA-200m | l. MANUFACTURER MAICO Inc. | m. SERIAL NUMBER 60405 | n. LAST ELECTROACOUSTIC CALIBRATION DATE 25 Jul 2008 |
|---|---|---|---|---|

### 17. FOLLOW-UP NO. 2    a. MINIMUM 14 HOURS NOISE FREE SINCE CURRENT AUDIOGRAM    (See Item 15.B)

| AUDIOMETRIC DATA RE: ANSI S3.6 | LEFT | | | | | | RIGHT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
| b. CURRENT AUDIOGRAM DATE | | | | | | | | | | | | |
| c. REFERENCE AUDIOGRAM DATE | | | | | | | | | | | | |
| d. SIGNIFICANT THRESHOLD SHIFT (STS)  1 - NO  2 - YES   e. THRESHOLD SHIFT | | | | | | | | | | | | |

| f. EXAMINER NAME (Last, First, Middle Initial) | g. TRAINING CERTIFICATE NO. | h. SERVICE DUTY OCCUPATION CODE | i. OFFICE SYMBOL |
|---|---|---|---|
| | | | |

| j. AUDIOMETER TYPE  1 - MANUAL  2 - SELF-RECORDING  3 - MICROPROCESSOR | k. MODEL | l. MANUFACTURER | m. SERIAL NUMBER | n. LAST ELECTROACOUSTIC CALIBRATION DATE |
|---|---|---|---|---|

**DD FORM 2216E, MAY 96**    Approved for Electronic Generation by WHS-DIOR    PREVIOUS EDITIONS ARE OBSOLETE



**DEPARTMENT OF THE ARMY**
HQ'S 201ST ENGINEER BATTALION
2519 LEXINGTON AVENUE
ASHLAND KY 41101-2999

KG-201-Z

12 January 2013

MEMORANDUM FOR THE COMMANDER

SUBJECT: Self Referral for Active Duty Medical Evaluation Board

1. The purpose of this memorandum is to self request a medical evaluation board.

2. Currently 1LT Vaughan is being treated by the VA for PTSD and mTBI due to injuries sustained while on Active Duty Title 10 orders while in Afghanistan in 2008.

3. 1LT Vaughan received a recommendation for an active duty LOD from Ft. McCoy due to injuries sustained during combat.

4. POC for this memorandum is 1LT Michael Vaughan, Cellular 513-365-8090. E-mail: michael.dean.vaughan@us.army.mil

Very Respectfully Submitted,

1LT Michael Vaughan, EN
Executive Officer



## Treatmikev
Community

Like    -ːː- Follow    Message

Timeline  |  **About**  |  Photos  |  Likes  |  Events

### About

Telling the story and providing documentation of how Michael Vaughan sought help from the KY National Guard and was repeatedly denied.

### Basic Info

**Joined**
**Facebook**    02/23/2014

Treatmikev                                              Jennifer    Home              2

Create

deserves. He consistently asked for help from the KY National Guard for the last several years as his mental health status was deteriorating. They denied him at every turn and eventually discharged him without the treatment they were required to provide him. The KY National Guard has lied numerous times to cover their tracks but the documentation will all be here over the next few weeks. They even lied to Senator Rand Paul stating he was never injured in the line of duty when a congressional complaint was lodged.

Our hope is the truth will come out so no other soldier suffering from PTSD or any other mental health issued will have to go through what Mike did.

The following is a statement from Michael Vaughan::


My name is Michael Vaughan, formerly 1LT Michael Vaughan of the KYARNG. Today I will be briefing you about my civilian and military background and what events occurred that led up to the standoff that happened in Latonia, KY on December 21st, 2013. Specifically, I will briefly discuss my civilian and military history and the military investigation involving me that occurred in August of 2009 and the resulting litigation and misconduct of the military.
I will also discuss how the KY National Guard refused me medical and mental health evaluations and treatment, how the KY National Guard's actions aggravated my mental health conditions and how the KY National Guard lied to US Senator, Rand Paul and a Federal Court.
This briefing may appear to meander a bit, but all of the pieces will fit together in the end like a jigsaw puzzle to reveal the true picture of the events that occurred leading to the December 21st, 2013 standoff.
Civilian Bio: Prior to my military service I took great pride using my skills to help people end protect children. I served as an EMT on the Erlanger volunteer department until I enlisted into the KY National Guard and found it very rewarding. However, I was most proud of my work with Predator-Hunter.com. In late 1997 I was already an accomplished ethical computer hacker and decided to get involved in protecting children from child predators. Thus my hacker alias was born: Predator-Hunter. The Predator-Hunter website was created and I helped form an organization called predator-hunter.com, Inc. This was a 501(c) (3) Ohio based non-profit corporation. From around 1997 to 2007 the predator-hunter team was involved in a large number of diverse criminal cases worldwide. Only a few which were linked publically to the Predator-Hunter team because we preferred to keep a low profile for professional and safety reasons. However, several cases can be linked to my and the predator-hunter team. Examples include:
1. Hamilton County Sheriff's Deputy Richard Hogue
2. Ashland, KY Social Worker Christopher Sologic
3. The Honorable Judge Ronald Kline OC, CA
4. 2 individuals running a number of e-commerce child pornography

Sponsor

BP Driver
bpdriverre
Click to fir
Amazon.c
and condi

websites. The reporter was Dave Wedge, Boston Globe.
5. Steve Schurgard, Shergy.com, Tampa, FL
These represent only a handful of cases the Predator-Hunter team was involved in solving. It was my passion to protect children from the monsters we caught in these cases.

Military Timeline:                                   Chat (36)
• Late 2004 - I enlisted into the KY National Guard and graduated Combat Medic School as an honor graduate in May of 2005 and served as an enlisted Combat Medic until I received my honorable discharge from the KY National Guard just prior to my commissioning.
• In 2006, I was accepted into Officer Candidate School and as an honor graduate and second in my Officer Candidate School class.
• In August of 2007, I was commissioned as a US Army Officer and shortly thereafter was sent to the Army Engineer Officer Basic Course. I graduated early as I was being rushed to join pre-mobilization training with Ashland, KY based 201st ENBN who was mobilizing to deploy to Afghanistan in support of Operation Enduring Freedom.
• Afghanistan - Once I arrived in Afghanistan, I served as a military intelligence officer and BN Battle Captain until the beginning of
• June, 2008 I was reassigned to 2nd platoon, Bravo Company, 201st ENBN. We were a Route Clearance Patrol platoon that hunts for IED's and either disables or destroys those roadside bombs while conducting combat operations. I was temporarily reassigned as the previous platoon leader had to leave country on an emergency leave.
• On June 20th, 2008 while conducting a route clearance patrol from COP Ziruk to FOB Orgun-E., my platoon was attacked by hundreds of Taliban insurgents. This battle was one of the largest land battles in Operation Enduring Freedom and even made international news. During this battle, 55 Taliban were killed, 25 Taliban were injured and 3 were captured. My platoon sustained 3 casualties. My gunner and I were injured by an RPG striking our MRAP and another soldier was injured when his vehicle was also struck by an RPG. After a several hour long battle, I medevac'd my two injured soldiers out via Blackhawks but I chose to stay with my platoon because I was the platoon leader and most of our vehicles had been heavily damaged in the battle. The injuries I sustained during this battle included right eye and right ear injuries including mild Traumatic Brain Injury. These injuries have been extensively documented in numerous ways and I still suffer from them today.
• In July, 2008 I turned RCP3 back over to his former Platoon Leader when he returned from emergency leave and I resumed my duties as an intelligence officer and BN Battle Captain until returning to the US in late Feb 2009.

The KY National Guard is now saying I was never injured in combat. However, I received two lines of duty determinations stating that I was, in fact, injured in combat.
1) The first one I received at Ft. McCoy, WI in March 2009 for eye injuries by an Army eye doctor.
2) The second LOD was received in January 2013 for ear injuries that were sustained in combat. This LOD was co-signed by MAJ Derrick Frodge, Administrative Officer for the 201st. MAJ Frodge was a passenger of my vehicle when my gunner and I were injured by the RPG and he replaced my injured gunner.
These two LODs and associated medical documentation will involve Senator Rand Paul shortly. The end of tour awards I received was an Army Commendation where I was with 55 enemy KIA, 25 enemy WIA and 3 captured and an 80% IED find rate while in command of RCP3.

AR 15-6 ROI/Litigation
When I returned home from Afghanistan in 2009 a couple things happened that changed the course of my life. The first was that my wife and I separated and I started dating a woman named Mary who lived in WA. The second was I found out that a superior officer was mishandling classified information and I took pictures as evidence which made several in the KY National Guard very uncomfortable with me and anxious to get rid of me.
• August 2009 - In early August of 2009 my relationship with Mary was ending. She wanted me to move to WA and I reminded her I had three children in KY and needed to stay close to them. She had stopped taking her medication and she became very upset our short relationship was ending. In her anger, she made a fraudulent complaint to my chain of command and an AR 15-6 investigation was initiated. A few days later I had to go to the ER for severe pain due to kidney stones and was given Percocet, Morphine and Toradol. Within an hour of being released from the ER, the investigating officer, MAJ Richmond, required I give a statement. He knew I was under the influence of these narcotics administered by the ER and not thinking clearly. I was still pressured to make a statement which I barely remember making. When the investigation was closed, an AR 15-6 Report of Investigation was created and submitted to the appointing officer. According to Army regulations, I was to be given a copy of the report to rebut it. Instead, I spent the next nine months sending emails, memos via certified mail, submitting FOIA requests and filing an IG complaint requesting a copy of the report. While I hadn't received a copy of the report or been given the opportunity to

rebut it, the KY National Guard still used against me administratively – in violation of their own regulations.

• In January 2010 I filed KY E.D 3:10-CV-5, Vaughan v. Brigham, a Federal defamation lawsuit against Mary Brigham for having viciously defamed me to my chain of command and civilian employer. In approximately March 2010 I had an entry of default against Mary. I had also been given permission to send subpoenas to three individuals in the KY National Guard. Up to this point in March 2010, the KY Guard was still refusing to give me a single document regarding the accusations made against me by Mary Brigham.

• I finally received a copy of the AR 15-6 ROI on May 5th 2010 after a FOIA request was finally honored. However, what I didn't know at the time was it was an incomplete copy of the AR 15-6. The KY National Guard had not included the final page that showed that after receiving the investigation from MAJ Richmond, that the appointing officer had non-concurred with the only finding that I had committed "conduct unbecoming an officer". I didn't find out about this missing page until 2012.

• In August 2010, the KY National Guard responded to my subpoenas by filing a Motion to Quash. Attached to their Motion to Quash was the AR 15-6 ROI. However, it was ALSO an incomplete copy of the report and I still hadn't been able to rebut the investigation even though Army regulations require that I be given that opportunity. The KY National Guard again did not include the final page that showed the appointing officer had non-concurred with the findings. This incomplete document made it seem that I had been found guilty of conduct unbecoming an officer when in reality the appointing officer didn't concur. Again, because I had never been given the document I didn't even know at the time the appointing officer didn't concur. This incomplete and therefore fraudulent document led the Honorable Judge Reeves to believe I had committed perjury. The lawsuit that I had already essentially won...was summarily dismissed with prejudice. That legal decision was vigorously used by the KY National Guard to destroy not only my credibility but was used to ultimately have me administratively discharged from the KY National Guard.

In 2012, I received documents from a FOIA Federal lawsuit regarding the KY National Guard withholding documents. Hidden in these documents was the complete copy of the AR 15-6 ROI that had the additional page. This page was intentionally withheld by the KY National Guard as it not only would have invalidated the motion to Quash but invalidated MAJ Richmond's testimony. This coupled with the blatantly false information in the Motion to Quash shows willful intent by the KY Guard to defraud the court by withholding a material page from the document. That page would have destroyed the KY Guard's Motion to Quash whose primary contention was I had been to have committed "conduct unbecoming an officer".

I mention this case as it shows how far the KY National Guard is willing to go to lie not only to a US Federal Judge but to a US Senator and how far they are willing to go to protect field grade officers from misconduct allegations.

Refusal of Medical Treatment
For four years I have been requesting the KYARNG for an evaluation for PTSD and mTBI by active duty doctors so I could undergo the Medical Review Board process and receive treatment for my combat related mental and physical injuries. My mental health was progressively worsening and dramatically affecting my personal and professional life. In January 2013, I submitted a memo to my company commander requesting again to be evaluated for PTSD by an active duty doctor. Instead I was seen in March 2013 by Floyd Hunsacker, a KY licensed marriage/family therapist who is the Director of Psychological Health for the KY National Guard. Mr. Hunsacker conducted a brief verbal exam of me and made the mental health diagnostic determination that the PTSD I suffer from was "stable". However, Mr. Hunsacker doesn't have the qualifications to allow him to make any diagnostic determination. He doesn't have a PhD in psychology or psychiatry nor is he appropriately licensed to diagnose. He is only a licensed marriage family therapist. Army regulations, KY law, Federal Law and VA regulations are specific regarding the qualifications needed to make any type of mental health diagnostic determination.

In late June 2013 I scheduled an appointment Wright Patterson Air Force Base with an active duty psychologist to be evaluated properly as the "exam" in March was not was medically or legally acceptable. However, the KYARNG refused to place me on orders for simply one day so I could be evaluated as required by Army Regulations and Federal Law.

To emphasize the evidence the KY Guard had showing my mental health was rapidly deteriorating, our military units conduct yearly medical exams called PHA's. These showed my mental health was rapidly degrading for the past 3 years. The VA has also been increasing my PTSD rating for the past 4 years. My company commander even noted in my most recent officer evaluation report that my emotional problems were affecting my performance and judgment.

Per Federal regulations the military is required to conduct a Medical Review Board before discharging any soldier with combat related PTSD or mTBI. I have both, yet they discharged me without a Medical Review

Board, Instead of receiving the mental health treatment that I was required to receive, the KY Guard and Dept. of the Army refused me obviously needed medical care and administratively discharged me in late July 2013 with an OTH discharge.

Senator Rand Paul
After I received the certified letter notifying me of my discharge, I was driven down to Paducah, KY by a Disabled American Veterans representative to file a complaint with Senator Rand Paul. This complaint referred to the KY National Guard's illegal actions and misconduct in administratively discharging me without an examination and evaluation for PTSD. The KY Guard's response to the congressional inquiry by Senator Rand Paul was not surprising. The KYANG informed Senator Rand Paul that they had no information that I had ever been injured in combat and directed that I should file an Army Board for the Correction of Military Records appeal. As I stated before, I have two Line of Duty Determinations showing I was injured in combat. The KY National Guard lied to Senator Rand Paul and because of the fraudulent information they submitted to Senator Rand Paul, he refused to help me be evaluated and treated for PTSD. The KYARG willfully filed fraudulent information to a US Senator.

I have no doubt of Senator Rand Paul's commitment to the servicemen and women and veterans of this country. However, I am a decorated combat veteran and I was denied the medical and mental health treatment by the KY National Guard and Department of the Army. This is care that they were required to provide yet I was denied at every turn. The combat related PTSD that I suffer from was dramatically worsened by the willful and intentional misconduct of the KYNG in not only the Federal Court System, but also in the military context culminating with the KYNG lying to US Senator Rand Paul.

The KYNG willfully denied me required mental and medical treatment and then released me on society as nothing less than a mental health time bomb...that exploded on Dec 21st, 2013 in Latonia. I had been suicidal for months and I can't understand why I cannot get help when I have been repeatedly asking for help. This country has an incredible epidemic of suicides among servicemen and women and veterans. On December 21st I received a bill for $10,000 from the KY National Guard for equipment I had already turned in and unfortunately, that was the final straw and I snapped. If a decorated combat veteran and officer can't get help what hope to other soldiers have?

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Terms    Help

Facebook © 2014 · English (US)

**EXHIBIT C1**

**E-mail sent from Todd S. Milliard to LTC Dylan Seitz and MAJ Natalie Lewellen**
**07/20/2012 12:33:33 PM**

### Vaughn; LT

| | | | From | Subject | To | Sent | Received | Si |
|---|---|---|---|---|---|---|---|---|
| | | | Milliard, Todd S Mr CIV NG NGB ARNG | Our Favorite 1LT (UNCLASSIFIED) | Seitz, Dylan F LTC MIL NG KY ARNG; | 7/20/2012 12:23:33 ... | 7/20/2012 12:27:30 ... | 21 |
| | | | Minor, Sarah E Miss CTR US NG KY A... | FW: Court Reporter - Frankfort KY | Seitz, Dylan F LTC MIL NG KY ARNG; Mulder... | 7/20/2012 1:19:48 PM | 7/20/2012 1:19:53 P... | 76 |
| | | | Tonini, Edward W MAJGEN MIL NG K... | FW: Enlistment Contract (UNCLASSIFIED) | Adams, Ben F COL MIL NG KY ARNG; Seitz, ... | 7/20/2012 4:21:30 PM | 7/20/2012 4:21:38 P... | 6... |

| Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **From** | : Milliard, Todd S Mr CIV NG NGB ARNG | **Date Time** : 7/20/2012 12:23:33 AM |
| **To** | : Seitz, Dylan F LTC MIL NG KY ARNG; | |
| **Cc** | : Lewellen, Natalie L MAJ MIL NG KY ARNG; | |
| **Bcc** | : | |
| **Subject** | : Our Favorite 1LT (UNCLASSIFIED) | |
| **Attachments** | : | |

Classification: UNCLASSIFIED
Caveats: FOUO

Dylan,

I hate to be a pest, but I'm coming up on the deadline to get this draft motion to David Middleton by COB on Friday, and I realize we still have a gaping hole in the case. Specifically, I am really truly going to need that declaration regarding a timeline for every instance in which the Aug 09 AR 15-6 report was released to Vaughan. I've got plausible arguments for the LOR, security clearance, WOFR board, and mythical KCMJ action he alleges, but I can't get around this paragraph out of the OER reg, AR 623-105:

3-50.b. If relief for cause is contemplated on the basis of an informal
AR 15-6 investigation, the referral procedures contained in that
regulation [i.e., AR 15-6, para. 1-6c] must be complied with before the act of initiating or
directing the relief. This is irrespective of the fact that the resultant
relief for cause report must also be referred to the rated officer as
described in paragraph 3-33.

The relief for cause OER was dated 9 Apr 10, so I have to know whether or not he got a copy of the 15-6 ROI (or some part thereof) before that date. If we can't document that, then I think we're hosed on the APA argument regarding the OER because he'll have final agency action and a violation of agency policy that caused him harm. In the alternative, I'd love to talk with you if you have another theory to defeat that claim.

### Vaughn; LT

| | | | From | Subject | To | Sent | Received | Si |
|---|---|---|---|---|---|---|---|---|
| | | | Milliard, Todd S Mr CIV NG NGB ARNG | Our Favorite 1LT (UNCLASSIFIED) | Seitz, Dylan F LTC MIL NG KY ARNG; | 7/20/2012 12:23:33 ... | 7/20/2012 12:27:30 ... | 21 |
| | | | Minor, Sarah E Miss CTR US NG KY A... | FW: Court Reporter - Frankfort KY | Seitz, Dylan F LTC MIL NG KY ARNG; Mulder... | 7/20/2012 1:19:48 PM | 7/20/2012 1:19:53 P... | 76 |
| | | | Tonini, Edward W MAJGEN MIL NG K... | FW: Enlistment Contract (UNCLASSIFIED) | Adams, Ben F COL MIL NG KY ARNG; Seitz, ... | 7/20/2012 4:21:30 PM | 7/20/2012 4:21:38 P... | 6... |

| Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments |
|---|---|---|---|---|---|---|---|

X-Priority: 3 (Normal)
Cc: Lewellen, "Natalie L MAJ MIL NG KY" <ARNG,     >
To: Seitz, "Dylan F LTC MIL NG KY" <ARNG,     >
From: "Milliard, Todd S Mr CIV NG NGB ARNG" <ARNG>
Content-Type: multipart/alternative;
        boundary="------------030708030007050604030501"
Subject: Our Favorite 1LT (UNCLASSIFIED)
Received: from NGKYFESTBH001.ky.ng.ds.army.mil ([55.22.42.90]) by NGKYBEVSMB002CL.ky.ng.ds.army.mil with Microsoft SMTPSVC(6.0.3790.4675);
        Fri, 20 Jul 2012 00:27:30 -0400
Received: from NGWOFESTBH001.ng.ds.army.mil ([132.141.130.26]) by NGKYFESTBH001.ky.ng.ds.army.mil with Microsoft SMTPSVC(6.0.3790.4675);
        Fri, 20 Jul 2012 00:27:50 -0400
Received: from NGRCFESTBH002.ngb.ng.ds.army.mil ([55.190.86.41]) by NGWOFESTBH001.ng.ds.army.mil with Microsoft SMTPSVC(6.0.3790.4675);
        Fri, 20 Jul 2012 00:27:24 -0400
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
MIME-Version: 1.0
Date: Fri, 20 Jul 2012 00:23:33 -0400
Message-ID: <46DC19AF03F1E841A3BB6AF7C8A64C950B4B1B15@NGJPBEVSMB002CL.ngb.ng.ds.army.mil>
X-MS-TNEF-Correlator: <46DC19AF03F1E841A3BB6AF7C8A64C950B4B1B15@NGJPBEVSMB002CL.ngb.ng.ds.army.mil>
Thread-Topic: Our Favorite 1LT (UNCLASSIFIED)
Thread-Index: Ac0unpG6x43ceZtjS3qgGLAmDRkI/AAExcZACZ95n5ADuBhbEACHDUVw
Return-Path: Todd.Milliard@us.army.mil
X-OriginalArrivalTime: 20 Jul 2012 04:27:24.0125 (UTC) FILETIME=[F60E70D0:01CD662F]

**EXHIBIT C2**

**E-mail Timeline:**

**1)** 06/14/2010 at 3:12:31 PM: Test e-mail sent from Det. Hirte to LTC Seitz
2) 06/14/2010 at 3:19:44 PM: LTC Seitz scans the sworn statement into a pdf format
3) 06/14/2010 at 3:43:09 PM: LTC Seitz e-mails the sworn statement to Det. Hirte

**Test e-mail sent from Det. Michael Hirte to LTC Dylan Seitz on <u>06/14/2010 at 3:12:31 PM</u>**



**Comm btw OSJA and Det Hirte**

| | From | Subject | To | Sent | Received | Siz |
|---|---|---|---|---|---|---|
| | Michael Hirte <hirtem@co.thurston... | test | Seitz, Dylan F LTC NGKY; | 6/14/2010 3:12:31 PM | 6/14/2010 3:12:50 PM | 5 |
| | Seitz, Dylan F LTC NGKY | Vaughan Sworn Statement (UNCLASSIFIED) | Michael Hirte <hirtem@co.thurston.wa.us>; | 6/14/2010 3:43:09 PM | 6/14/2010 3:43:00 PM | 2... |

Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments

| From | : Michael Hirte <hirtem@co.thurston.wa.us> | **Date Time** | : 6/14/2010 3:12:31 PM |
|---|---|---|---|
| To | : Seitz, Dylan F LTC NGKY; | | |
| Cc | : | | |
| Bcc | : | | |
| Subject | : test | | |
| Attachments | : | | |

test email


Detective Mike Hirte, CFCE
Thurston County Sheriffs Office
Northwest ICAC Member
(360) 786-5746

---

**Comm btw OSJA and Det Hirte**

| | From | Subject | To | Sent | Received | Siz |
|---|---|---|---|---|---|---|
| | Michael Hirte <hirtem@co.thurston... | test | Seitz, Dylan F LTC NGKY; | 6/14/2010 3:12:31 PM | 6/14/2010 3:12:50 PM | 5 |
| | Seitz, Dylan F LTC NGKY | Vaughan Sworn Statement (UNCLASSIFIED) | Michael Hirte <hirtem@co.thurston.wa.us>; | 6/14/2010 3:43:09 PM | 6/14/2010 3:43:00 PM | 2... |

Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments

```
X-Priority: 3 (Normal)
To: Seitz, "Dylan F LTC" <NGKY, >
From: "Michael Hirte" <hirtem@co.thurston.wa.us>
Content-Type: multipart/alternative;
        boundary="------------00030304030306060605040108"
Subject: test
Received: from NGKYFESTBH002.ky.ng.ds.army.mil ([55.22.42.91]) by NGKYBEVSMB002CL.ky.ng.ds.army.mil with Microsoft SMTPSVC(6.0.3790.4675);
        Mon, 14 Jun 2010 15:12:50 -0400
Received: from NGWOFESTBH001.ng.ds.army.mil ([132.141.130.26]) by NGKYFESTBH002.ky.ng.ds.army.mil with Microsoft SMTPSVC(6.0.3790.4675);
        Mon, 14 Jun 2010 15:12:49 -0400
Received: from mail01.ng.army.mil ([132.79.136.100]) by NGWOFESTBH001.ng.ds.army.mil with Microsoft SMTPSVC(6.0.3790.4675);
        Mon, 14 Jun 2010 15:12:48 -0400
Received: from mxoutps1.us.army.mil (mxoutps1.us.army.mil [143.69.250.38]) by mail01.ng.army.mil (ARNG Mail Gateway In) with SMTP id 4C.B7.02607.BDD761C4;
        Mon, 14 Jun 2010 15:07:07 -0400 (EDT)
Received: from mercury.co.thurston.wa.us (HELO NGWMTA.co.thurston.wa.us) ([198.238.192.85]) by mxoutps1.us.army.mil with ESMTP;
        14 Jun 2010 19:12:48 +0000
X-AuditID: 844f8864-b7c9dae000000a2f-4a-4c167ddb3075
Authentication-Results: mxoutps1.us.army.mil;
        dkim="neutral (message not signed) header.i=none"
X-AKO: 209610914:198.238.192.85:14 Jun 2010 19:12:48 +0000:$ACCEPTED:5.3
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: AsIBAN8bFkzG7sBVmWdsb2JhbACefwEBAQEBCAsKBxEiwGaCdYllBINN
X-IronPort-AV: E=Sophos;i="4.53,415,1272844800";
        d="scan'208"; a="209610914"
X-Mailer: Novell GroupWise Internet Agent 8.0.1
Date: Mon, 14 Jun 2010 12:12:31 -0700
Mime-Version: 1.0
Content-Disposition: inline
X-Brightmail-Tracker: AAAAARSiMfA=
Return-Path: hirtem@co.thurston.wa.us
X-OriginalArrivalTime: 14 Jun 2010 19:12:48.0702 (UTC) FILETIME=[93EF55E0:01CB0BF5]
Message-ID: <4C161C78.1297.000C.1@co.thurston.wa.us>
```

**LTC Dylan Seitz scans the Sworn Statement into a PDF Format on <u>06/14/2010 at 3:19:44 PM</u>**



| 📄 | Vaughn's Sworn Statement | | | | |
|---|---|---|---|---|---|
| 🗌🗋 📧 From | Subject | To | Sent | Received | Si |
| ⬛ 📧 svc.ricoh.ngky@ng.army.mil | | Seitz, Dylan F LTC NGKY; | 6/14/2010 3:19:44 PM | 6/14/2010 3:20:54 PM | 2... |

Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments

| From | : svc.ricoh.ngky@ng.army.mil | Date Time | : 6/14/2010 3:19:44 PM |
|---|---|---|---|
| To | : Seitz, Dylan F LTC NGKY; | | |
| Cc | : | | |
| Bcc | : | | |
| Subject | : | | |
| Attachments | : | | |

This E-mail was sent from "RNPFDC3AA" (Aficio MP 3351).

Scan Date: 06.14.2010 15:19:44 (-0400)
Queries to: svc.ricoh.ngky@ng.army.mil



**E-mail sent from LTC Dylan Seitz to Det. Michael Hirte <u>on 06/14/2010 at 3:43:09 PM</u>**



### Comm btw OSJA and Det Hirte

| | | From | Subject | To | Sent | Received |
|---|---|---|---|---|---|---|
| ☐ | ✉ | Michael Hirte <hirtem@co.thurston.... | test | Seitz, Dylan F LTC NGKY; | 6/14/2010 3:12:31 PM | 6/14/2010 3:12:50 PM |
| ■ | ✉ | Seitz, Dylan F LTC NGKY | Vaughan Sworn Statement (UNCLASSIFIED) | Michael Hirte <hirtem@co.thurston.wa.us>; | 6/14/2010 3:43:09 PM | 6/14/2010 3:43:00 PM |
| ☐ | ✉ | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607543800' ) ( 28 second... | Seitz, Dylan F LTC NGKY; | 9/22/2010 4:57:18 PM | 9/22/2010 4:57:19 PM |
| ☐ | ✉ | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607543800' ) ( 19 second... | Seitz, Dylan F LTC NGKY; | 9/23/2010 12:46:14 ... | 9/23/2010 12:46:19 ... |
| ☐ | ✉ | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607015138' ) ( 30 second... | Seitz, Dylan F LTC NGKY; | 9/24/2010 1:32:07 PM | 9/24/2010 1:32:07 PM |
| ☐ | ✉ | Lewellen, Natalie L MAJ NGKY | FW: Michael Vaughan Hearing - Tues 28 JUN 11... | Seitz, Dylan F LTC NGKY; | 6/24/2011 6:44:12 PM | 6/24/2011 6:44:13 PM |

**Normal Mail View** | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments

| From | : Seitz, Dylan F LTC NGKY | | Date Time | : 6/14/2010 3:43:09 PM |
|---|---|---|---|---|
| To | : Michael Hirte <hirtem@co.thurston.wa.us>; | | | |
| Cc | : | | | |
| Bcc | : | | | |
| Subject | : Vaughan Sworn Statement (UNCLASSIFIED) | | | |
| Attachments | : | | | |

Classification: <u>UNCLASSIFIED</u>
Caveats: NONE

Det Hirte-

Please find attached the sworn statement that Michael Vaughan provided to Major Richmond (KYNG) who conducted an investigation into this matter under the provisions of

### Comm btw OSJA and Det Hirte

| | | From | Subject | To | Sent | Received | Si |
|---|---|---|---|---|---|---|---|
| ■ | ✉ | Seitz, Dylan F LTC NGKY | Vaughan Sworn Statement (UNCLASSIFIED) | Michael Hirte <hirtem@co.thurston.wa.us>; | 6/14/2010 3:43:09 PM | 6/14/2010 3:43:00 PM | 2... |
| ☐ | ✉ | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607543800' ) ( 28 secon... | Seitz, Dylan F LTC NGKY; | 9/22/2010 4:57:18 PM | 9/22/2010 4:57:19 PM | 49 |

Normal Mail View | Hex View | Properties View | **Message Header View** | MIME View | HTML View | RTF View | Attachments

MIME-Version: 1.0
X-Priority: 3 (Normal)
To: "Michael Hirte" <hirtem@co.thurston.wa.us>
Return-Path: NGKY
From: "Seitz, Dylan F LTC NGKY" <NGKY>
Date: Mon, 14 Jun 2010 15:43:09 -0500
Content-Type: multipart/mixed;
        boundary="------------060806050700040004010404"
Subject: Vaughan Sworn Statement (UNCLASSIFIED)
Message-ID: <80309C9B538D5B43810434E8BB9A9CCE31D1D343@NGKYBEVSMB002CL.ky.ng.ds.army.mil>



### Comm btw OSJA and Det Hirte

| ☐ | ⍾ | From | Subject | To | Sent | Received | Siz |
|---|---|---|---|---|---|---|---|
| ■ | ✉ | Seitz, Dylan F LTC NGKY | Vaughan Sworn Statement [UNCLASSIFIED] | Michael Hirte <hirtem@co.thurston.wa.us>; | 6/14/2010 3:43:09 PM | 6/14/2010 3:43:00 PM | 2... |
| ☐ | 📎 | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ('3607543800') (28 secon... | Seitz, Dylan F LTC NGKY; | | 9/22/2010 4:57:18 PM | 9/22/2010 4:57:19 PM | 49 |

Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | **Attachments**

| | Attachment Name | Subject | Size (KB) |
|---|---|---|---|
| 📄 | Vaughan Sworn Statement 15-6 Investigation.pdf | Vaughan Sworn Statement (UNCLASSIFIED) | 282 |

**EXHIBIT C3**

**E-mail sent from MAJ Natalie Lewellen to LTC Dylan Seitz 06/24/2011 6:44:12 PM**

### Comm btw OSJA and Det Hirte

| | From | Subject | To | Sent | Received | Siz |
|---|---|---|---|---|---|---|
| | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607543800' ) ( 19 secon... | Seitz, Dylan F LTC NGKY; | 9/23/2010 12:46:14 ... | 9/23/2010 12:46:19 ... | 35 |
| | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607015138' ) ( 30 secon... | Seitz, Dylan F LTC NGKY; | 9/24/2010 1:32:07 PM | 9/24/2010 1:32:07 PM | 53 |
| | Lewellen, Natalie L MAJ NGKY | FW: Michael Vaughan Hearing - Tues 28 JUN 1... | Seitz, Dylan F LTC NGKY; | 6/24/2011 6:44:12 PM | 6/24/2011 6:44:13 PM | 14 |

Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments

| | | | |
|---|---|---|---|
| **From** | : Lewellen, Natalie L MAJ NGKY | **Date Time** | : 6/24/2011 6:44:12 PM |
| **To** | : Seitz, Dylan F LTC NGKY; | | |
| **Cc** | : | | |
| **Bcc** | : | | |
| **Subject** | : FW: Michael Vaughan Hearing - Tues 28 JUN 11 11am (EST) / 8am (UNCLASSIFIED) | | |
| **Attachments** | : | | |

FYSA

-----Original Message-----
From: Lewellen, Natalie L MAJ NGKY
Sent: Friday, June 24, 2011 6:42 PM
To: 'hirtem@co.thurston.wa.us'
Subject: Michael Vaughan Hearing - Tues 28 JUN 11 11am (EST) / 8am (UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: FOUO

Detective Hirte,

Thank you for speaking with me this morning about the 1LT Vaughan case and for being so accommodating with our short suspense date. Given the possibility you may be unavailable Tuesday by phone, I am certain we will ask you to help us out by providing a statement, if you would.

As a seasoned Detective and having dealt Mr. Vaughan's style, I know you are keenly aware that any inaccuracies on my part will be consumed and regurgitated by Mr. Vaughan in a way only that only he can. Therefore, I am asking if you would review and brutally dissect the statements below for accuracy and clarity; as they will form the basis for the statement we will ask you to sign for introduction into evidence.

### Comm btw OSJA and Det Hirte

| | From | Subject | To | Sent | Received | Siz |
|---|---|---|---|---|---|---|
| | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607543800' ) ( 19 secon... | Seitz, Dylan F LTC NGKY; | 9/23/2010 12:46:14 ... | 9/23/2010 12:46:19 ... | 35 |
| | External Caller (NGKYA0-A01-MMS2) | Voice Mail Message ( '3607015138' ) ( 30 secon... | Seitz, Dylan F LTC NGKY; | 9/24/2010 1:32:07 PM | 9/24/2010 1:32:07 PM | 53 |
| | Lewellen, Natalie L MAJ NGKY | FW: Michael Vaughan Hearing - Tues 28 JUN 1... | Seitz, Dylan F LTC NGKY; | 6/24/2011 6:44:12 PM | 6/24/2011 6:44:13 PM | 14 |

Normal Mail View | Hex View | Properties View | Message Header View | MIME View | HTML View | RTF View | Attachments

Content-Type: multipart/alternative;
        boundary="-----------060402000003010108040100"
To: Seitz, "Dylan F LTC" <NGKY, >
Return-Path: NGKY
From: "Lewellen, Natalie L MAJ NGKY" <NGKY>
Subject: FW: Michael Vaughan Hearing - Tues 28 JUN 11 11am (EST) / 8am
 (UNCLASSIFIED)
Content-class: urn:content-classes:message
MIME-Version: 1.0
X-MimeOLE: Produced By Microsoft Exchange V6.5
Date: Fri, 24 Jun 2011 18:44:12 -0400
Message-ID: <55F41079832CD34F88E3B57EA6BC24511308E412@NGKYBEVSMB002CL.ky.ng.ds.army.mil>
X-MS-TNEF-Correlator: <55F41079832CD34F88E3B57EA6BC24511308E412@NGKYBEVSMB002CL.ky.ng.ds.army.mil>
Thread-Topic: Michael Vaughan Hearing - Tues 28 JUN 11 11am (EST) / 8am
 (UNCLASSIFIED)
Thread-Index: Acwyv7RzViuvTypMRSGArkh5JRv2QAAABF+AAAAWhdA=
X-Priority: 1
Priority: Urgent
Importance: high

**EXHIBIT C4**

The Fraudulent Sworn Statement of Detective Michael Hirte.

# THURSTON COUNTY SHERIFF'S OFFICE



**SINCE 1852**

**JOHN D. SNAZA**
Sheriff

**Tim Braniff,** Undersheriff
**Dave Pearsall,** Chief Deputy
**Brad Watkins,** Chief Deputy
**Todd Thoma,** Chief Deputy
**Joan Plaja,** Fiscal Manager

2000 Lakeridge Drive SW • Olympia, Washington 98502-6045 • (360) 786-5500

## AFFIDAVIT OF DETECTIVE MIKE HIRTE

My name is Michael Hirte. I am a Detective with the Thurston County Sheriff's Office in Olympia, Washington, and currently reside in the State of Washington.

I am assigned to criminal investigation #09-5046. This case was opened on August 17th, 2009 and remained initially opened until January 4th, 2010. The case was reopened on or around January 22nd, 2010, when I was made aware of a military investigation that was conducted and statements related to the case were obtained. The case continues to be open as of this date and am awaiting additional court records. I anticipate a case closure and forwarding to the prosecutors office for charging review once those records are provided.

I confirmed the fact that the investigation was open/not closed with LTC Dylan Seitz, counsel for KYNG, via telephone conversation on or before September 24th, 2010 with the exception of the time period between January 4th, 2010, and January 22nd, 2010.

Criminal investigations in the Thurston County Sheriff's Office computer records system are classified in three ways. The first, "OPEN", is considered actively assigned and actively pursued. This would include searching for witnesses, testing evidence, ect. The second, "SUSPENDED", would indicate that a case is awaiting results or new information with no determinate timeframe. The release of records in "suspended" status would either be by investigators or supervisors permission and/or the expiration of the statutes of limitation. A "Closed" case is where the investigator believes no further leads can be obtained or the case has been forwarded to the prosecutors office for review/charging.

The classifications used by the Thurston County Sheriffs Office are predominately for the sole purpose of case management. Using these classifications determine accurate case ratio to investigators, rate of arrest versus non-arrest and other empirical data related to time and work management. At no time do any of these classifications prevent the reopening of any case other than prevention by law such as the statute of limitations.

My office has had several contacts with Mr. Vaughan. Most recently, on or about 18 May 2011 when, during my work absence, a report was generated and provided to Vaughan showing the case as "suspended". However, any report or classification of case #09-5046 as "suspended" in the Thurston County Sheriff's Office records system is inaccurate.

STATE OF WASHINGTON
COUNTY OF THURSTON, SS



# THURSTON COUNTY SHERIFF'S OFFICE



**WASHINGTON**
**SINCE 1852**

**Tim Braniff**, Undersheriff
**Dave Pearsall**, Chief Deputy
**Brad Watkins**, Chief Deputy
**Todd Thoma**, Chief Deputy
**Joan Plaja**, Fiscal Manager

**JOHN D. SNAZA**
**Sheriff**

2000 Lakeridge Drive SW • Olympia, Washington 98502-6045 • (360) 786-5500

Detective Michael Hirte, being first duly sworn on oath according to law, deposes and says that he has read the foregoing AFFIDAVIT OF DETECTIVE MIKE HIRTE by his subscribed, that the matters stated herein are true to the best of his information, knowledge and belief.

_____
MICHAEL HIRTE

SUBSCRIBED AND SWORN to before me this 27th day of June, 2011.

_____
Notary Public

My commission expires: _____