U.S. District Court
Eastern District of Kentucky (covington)

Eastern District of Kentucky
**FILED**

APR 13 2015

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Vaughan   v.   Kentucky Army National Guard et al
Honorable Judge Gregory F. Tatenhove
KY E.D. Case NO. 3:15-CV-06-6FVT

Motion For Order (Ex-Parte)

Comes now the plaintiff Michael Dean Vaughan and does hereby respectfully move this Honorable Court for an order directing the PSO to assist the Pro-Se Plaintiff to effect proper service of the 1st Amended Complaint upon the defendants in this instant action pursuant to the Federal Rules of Civil Procedure.

The Pro-Se plaintiff is incarcerated at the Kenton County Detention Center and does not have access to a Law Library, nor the ability to conduct research, nor the ability to send certified mail or make copies of any document submitted by the Pro-Se plaintiff to this honorable court. These limitations effect the Pro-Se plaintiffs 1st Amendment right to seek re-dress from this court and thus his ability to prosecute this instant action.

Wherefore, the Plaintiff prays that this motion is sustained and that the court issue an order to the PSO directing them to assist the Pro-Se plaintiff to effect proper service of the plaintiffs 1st Amended Complaint pursuant to the Federal Rules of Civil Procedure.

Respectfully Submitted   7 April 2015

Michael P. Vaughan - Pro-Se     Michael P. Vaughan - Pro-Se Plaintiff