**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **MICHAEL DEAN VAUGHAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 3:15-CV-6** |
| ) | |
| ) | **Judge: Gregory Van Tatenhove** |
| ) | |
| **Kentucky Army National Guard,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER

COMES NOW the United States of America, by and through counsel, and pursuant to

Federal Rules of Civil Procedure (Fed. R. Civ. P.) 12(b)(1) and Fed. R. Civ. P. 12(b)(6) moves

for dismissal of this case or, in the alternative, transfer to the Honorable Danny C. Reeves. The

United States submits this Motion to Dismiss on behalf of the Defendants, Kentucky Army

National Guard (KYARNG), National Guard Bureau, and the United States Department of the

Army.

Respectfully submitted,

KERRY B. HARVEY
United States Attorney

/s/ Callie R. Owen
Callie R. Owen

Assistant United States Attorney
U.S. Attorney's Office
Eastern District Of Kentucky
260 W. Vine Street, #300
Lexington, Kentucky 40507-1612
(859) 233-2661; fax (859) 233-2533

Of Counsel:
CPT Daniel D. Hill
Litigation Attorney
Military Personnel Branch
U.S. Army Litigation Division
9275 Gunston Road, 3rd Floor
Ft. Belvoir, VA 22060-5546

CERTIFICATE OF SERVICE

I certify that on the 18th day of September, 2015, I electronically filed the foregoing with

the clerk of the court by using the CM/ECF system.  I further certify that I mailed

the foregoing to the following non-CM/ECF participant:

**Michael Dean Vaughan**
**#1004544**
**Kenton County Detention Center**
**3000 Decker Crane Ln.**
**Covington, KY 41017**

on the 18th day of September, 2015.

/s/ Callie R. Owen
Callie R. Owen
Assistant United States Attorney

2