**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT**

| | |
|---|---|
| **MICHAEL DEAN VAUGHAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 3:15-CV-6** |
| ) | |
| ) | **Judge: Gregory Van Tatenhove** |
| ) | |
| **Kentucky Army National Guard,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**ORDER**

This matter is before the Court on Defendants' Motion to Dismiss, or in the alternative,

Motion to Transfer.  The Court, having reviewed the record, the arguments of the parties, and the

applicable law, now **GRANTS** this Motion and **DISMISSES** this action, with prejudice.