Εx. A

| | |
|---|---|
| **From:** | Seitz, Dylan F LTC NGKY |
| **Sent:** | Thursday, September 30, 2010 12:31 PM |
| **To:** | 'Maximino Gonzalez, Jr.' |
| **Cc:** | Young, Charles L III Mr CIV USAF NGB ARNG; Zevitz, Daniel S MAJ MIL NG NGB ARNG; 'timothy.tuttle@us.army.mil' |
| **Subject:** | Order - Vaughn - Hearing on issue of fraud (UNCLASSIFIED) |
| **Attachments:** | Order - Fraud Hearing.pdf |

Classification: UNCLASSIFIED
Caveats: NONE

Max-

Please find attached a copy of the order issued in the hearing held on the Vaughn case.   We won on all issues.   If all goes well, LT Vaughn may actually get some jail time.

Thanks again for you assistance in this matter.

-Dylan

 Classification: UNCLASSIFIED
Caveats: NONE

1