UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:15-6-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| KENTUCKY ARMY NAT'L GUARD, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the Defendants with respect to all issues raised in this proceeding;

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 21st day of April, 2016.

Gregory F. Van Tatenhove
United States District Judge